■ LINDA M. BROWN, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 110037.) (Appeal No. 3.) [40 NYS3d 343]— Appeal from a judgment of the Court of Claims (Nicholas V. Midey, Jr., J.), entered August 6, 2015. The judgment awarded claimant money damages.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs.

Same memorandum as in *Brown v State of New York* ([appeal No. 2] 144 AD3d 1535 [2016]). Present—Whalen, P.J., Smith, Lindley, Troutman and Scudder, JJ.

■ LARRY ITALIA, Respondent, v CLIFFSTAR LLC, Also Known as CLIFFSTAR NEW YORK, LLC, et al., Appellants. [40 NYS3d 343]—Appeal from an order of the Supreme Court, Erie County (Michael L. D'Amico, A.J.), entered December 23, 2015. The order, insofar as appealed from, denied the motion of defendants for summary judgment dismissing the complaint and granted in part plaintiff's cross motion for summary judgment.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on August 2, 2016,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Whalen, P.J., Smith, Lindley, Troutman and Scudder, JJ.